IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHARON HAMMAN,

     Appellant,

v.

BURITA I. ALLEN, JEFFREY
W. BUCKHOLZ, CRAIG
WESLEY HILLYARD, AN
INDIVIDUAL, JOHN
BUCHHEIT, AN INDIVIDUAL,
ET AL.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-980

_____/

Opinion filed March 18, 2015.

An appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

Caleb D. Rowland and William M. Blume of Blume & Rowland, Jacksonville, for
Appellant.

Jeremiah S. Mulligan and Patrice P. DiLorenzo of Rumrell, Bate, McLeod & Brock,
P.A., St. Augustine, for Appellees.


PER CURIAM.

     AFFIRMED.

LEWIS, C.J., MARSTILLER and OSTERHAUS, JJ., CONCUR.